JOHN McARDLE, Respondent, *v.* DAVID ERLICH, Defendant, **and** JEWISH MEMORIAL HOSPITAL, INC., Appellant.

Argued June 7, 1948; decided July 16, 1948.

*Clarence E. Mellén* for appellant.
*Paul O'Dwyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.